UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CAROLINE SOLLARS,<br><br>           Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>           Defendant. | Case No. CV-20-58 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

   IT IS ORDERED AND ADJUDGED:

   1.   Plaintiff's Motion to Alter Judgment is GRANTED.

   2.   The Commissioner's final decision denying Plaintiff's claims for disability insurance benefits is REVERSED and REMANDED for an immediate award of benefits beginning July 28, 2016.

Dated this 26th day of October, 2021.

                              TYLER P. GILMAN, CLERK

                              By: /s/ S. Redding
                                   S. Redding, Deputy Clerk