UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CAROLINE SOLLARS, | Case No. CV-20-58-BU-BMM |
| Plaintiff, | ORDER |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Caroline Sollars ("plaintiff"), through her attorney Andrew T. Koenig, moves for approval of attorney's fees in the amount of $20,295.75 pursuant to 42 U.S.C. § 406(b). This amount represents 25% of the total back-due benefits awarded to plaintiff by the Social Security Administration under Title II of the Social Security Act. Pub. L. 100–203, § 9021(b), 101 Stat. 1330. Defendant Kilolo Kijakazi does not oppose this motion. The Court has reviewed the request for attorney's fees and finds the request to be reasonable. *Gisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002).

Accordingly, IT IS ORDERED that plaintiff's Unopposed Motion for Attorney Fees Pursuant to 42 U.S.C. Section 406(b) is GRANTED. This Order shall serve as official approval of attorney Andrew T. Koenig's fees in the amount of $20,295.75 and, upon receipt of such fees, Mr. Koenig is further Ordered to

reimburse to plaintiff the $8,380.91 in fees he previously received under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 28th day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court